Default - Rule 55A                                                                                                  (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

KIAN TAJBAKHSH  et al

Plaintiff(s)

v.

Civil Action: 20-cv-01592-FYP

GOVERNMENT OF THE ISLAMIC REPUBLIC OF IRAN

Defendant(s)

**RE:**   GOVERNMENT OF THE ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 06/15/2022, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of August, 2022 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:  /s/Jackie
Deputy Clerk